# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161722

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

MANAN JAYANTILAL PATEL,
Defendant-Appellant.

SC: 161722
COA: 353390
St. Joseph CC: 18-022038-FC

_____/

On order of the Court, the application for leave to appeal the July 6, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



Clerk

t0419